*Arthur K. Bolton, Attorney General,* for appellee.

## 29070. BUSH v. CRAIG et al.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 24, 1974.

Earl Bush, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellees.

## 29186. BRUSTER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 1, 1974.

Sherman Gregory X. Bruster, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29185. SMITH v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 8, 1974.

Norman Ray Smith, *pro se.*